IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICIA BEIL, <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> AMCO INSURANCE COMPANY, <br><br> Defendant/Counterplaintiff, <br><br> and <br><br> ILLINOIS MUNICIPAL LEAGUE RISK MANAGEMENT ASSOCIATION and RAYMOND MUNIZ, <br><br> Defendants. | Case No. 16-cv-356-JPG-PMF |
| AMCO INSURANCE COMPANY, <br><br> Crossclaim Plaintiff, <br><br> v. <br><br> RAYMOND MUNIZ, <br><br> Crossclaim Defendant. | |

## ORDER

This matter comes before the Court on the Court's July 26, 2016, order to show cause on or before August 12, 2016, why the Court should not redesignate Raymond Muniz's role in this case from counterdefendant to defendant and crossclaim defendant (Doc. 32). No party has responded to the order to show cause. Accordingly, for the reasons set forth in the Court's July 26, 2016, order, the Court **DIRECTS** the Clerk of Court to change the docket sheet to reflect that Muniz is no longer a counterdefendant but is now (1) a defendant to the claims brought by plaintiff Patricia Beil in her Amended Complaint (Doc. 11) and (2) a crossclaim defendant to the claims brought by

defendant AMCO Insurance Company in its "Amended Counterclaim" (Doc. 14). The order to show cause (Doc. 32) is **DISCHARGED**.

**IT IS SO ORDERED.**
**DATED:** August 16, 2016

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**