IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICIA BEIL, <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> AMCO INSURANCE COMPANY, <br><br> Defendant/Counterplaintiff, <br><br> and <br><br> ILLINOIS MUNICIPAL LEAGUE RISK MANAGEMENT ASSOCIATION and RAYMOND MUNIZ, <br><br> Defendants. | Case No. 16-cv-356-JPG-RJD |
| AMCO INSURANCE COMPANY, <br><br> Crossclaim Plaintiff, <br><br> v. <br><br> RAYMOND MUNIZ, <br><br> Crossclaim Defendant. | |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant/counterplaintiff/crossclaim plaintiff AMCO Insurance Company and against plaintiff/counterdefendant Patricia Beil and crossclaim defendant Raymond Muniz;

IT IS FURTHER DECLARED that:

AMCO Insurance Company has no duty to defend or indemnify Patricia Beil under Homeowners Policy No. HA 0012437637-2, effective January 9, 2014, to January 8, 2015, with respect to any of the conduct alleged in the Complaint in *Muniz* v. *Beil*, Case No. 15-L-606, in the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Patricia Beil's claim against defendant Illinois Municipal League Risk Management Association is dismissed without prejudice.

**DATED:   April 19, 2017            JUSTINE FLANAGAN, Acting Clerk of Court**

*s/Tina Gray*, **Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**